UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:19-cr-60-FtM-38NPM

WARREN ALAN BAXTER
_____/

## **FINAL ORDER OF FORFEITURE**

This cause comes before the Court upon the United States' Motion for a Final Order of Forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for the following assets:

1) **Acer Computer, Aspire VA70, Grey, serial number: NXM34AA005314032207200;**

2) **Seagate, 1 TB, Hard Drive, NA7GBSAA; and**

3) **Samsung Cell Phone, Model: SM-J700P, White.**

On July 5, 2019, the Court entered a Preliminary Order of Forfeiture for the assets described above, pursuant to 18 U.S.C. § 2253.  (Doc. 28).

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the assets on the official government website, www.forfeiture.gov, from July 10, 2019, and ending on August 8, 2019.  (Doc. 36).  The publication gave notice to all third parties with a legal interest in the assets to file with the Clerk of Court, U.S. Federal Courthouse and Federal Building, 2110 First Street, Room 2-194, Fort Myers, FL 33901, a petition to adjudicate their interest within 60 days

of the first date of publication. No third party has filed a petition or claimed an interest in the assets, and the time for filing such petition has expired.

Accordingly, it is now

**ORDERED:**

For good cause shown, the United States' motion is **GRANTED**.

It is **FURTHER ORDERED** that pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the assets identified above are **CONDEMNED** and **FORFEITED** to the United States for disposition according to law.

Clear title to the assets is now vested in the United States of America.

**ORDERED** in Fort Myers, Florida, on this 19st day of September 2019.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record